IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DALONTE D FOARD, <br><br> Plaintiff, <br><br> vs. <br><br> TODD BAHENSKY, Director; D. WINKLER, Correction Officer; HOBBS, Correction Officer; and BEAVERNESS, Correction Officer; <br><br> Defendants. | 8:23CV217 <br><br><br> **MEMORANDUM AND ORDER** |

This matter is before the Court on its own motion. On June 9, 2023, the Clerk of the Court sent an order, Filing No. 9, to Plaintiff's last known address as set forth in his Complaint, Filing No. 1, which was returned to this Court as undeliverable on June 16, 2023, Filing No. 10. Plaintiff has an obligation to keep the court informed of his current address at all times. *See* NEGenR 1.3(e) and (g) (requiring pro se parties to adhere to local rules and inform the court of address changes within 30 days). This case cannot be prosecuted in this Court if Plaintiff's whereabouts remain unknown. IT IS THEREFORE ORDERED that:

1. Plaintiff must update his address within 30 days. Failure to do so will result in dismissal of this action without further notice to Plaintiff.

2

2. The Clerk of the Court is directed to send a copy of this Memorandum and Order to both Plaintiff's last known address listed in the Complaint, Filing No. 1, and to Plaintiff at USP-LEAVENWORTH, Inmate Mail/Parcels, P.O. Box 1000 Leavenworth, KS 66048, where Plaintiff is believed to be currently housed.[1]

3. The Clerk of the Court is further directed to set a pro se case management deadline in this case using the following text: **July 31, 2023**: check for address.

Dated this 29th day of June, 2023.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Court

---

[1] *See* Case Number 8:20-CR-333, Filing No. 245, listing Foard's address as of June 20, 2023.

2